IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**BNSF RAILWAY COMPANY,**

       **Plaintiff/Counter-Defendant,**

vs.                                **CIVIL NO. 09-CV-0733 MV/WDS**

**ROY D. MERCER, LLC,**

       **Defendant/Counter-Plaintiff/Third-Party Plaintiff,**

vs.

**GANDY DANCER, LLC,**

       **Third-Party Defendant.**

**STIPULATED ORDER GRANTING UNOPPOSED MOTION
TO EXTEND DEADLINE TO DISCLOSE EXPERT WITNESSES AND REPORTS**

       **THIS MATTER** having come before the Court on **GANDY DANCER, LLC's** Unopposed Motion to Extend Deadline to Disclose Expert Witnesses and Reports, the Court having reviewed the file, being fully advised in the premises, and having noted that the parties do not oppose the relief sought, **FINDS** that:

       The Motion is well-taken.

       **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

       1.    The deadline for the disclosure of expert witnesses and reports be extended to May 29, 2010 and that the deadline for supplemental expert reports be extended to June 28, 2010.

       **IT IS SO ORDERED**.

_____
**W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE**

Form submitted by:

**RILEY & SHANE, P.A.**

   */s/*
MARK J. RILEY
TIFFANY L. SANCHEZ
*Attorneys for Gandy Dancer, LLC*
3880 Osuna Rd., NE
Albuquerque, NM  87109
(505) 883-5030

*Electronically approved by Lisa P. Ford, Esq. On 02.24.2010*
David C. Chavez, Esq.
P. O. Box 1615
Los Lunas, NM 87031

*and*

Kenneth R. Wagner, Esq.
Lisa P. Ford, Esq.
Wagner Ford Law, P.A.
200 Lomas Blvd., NE, Ste. 850
Albuquerque, NM 87102
*Counsel for Roy D. Mercer, LLC*


 *Electronically approved 02.25.10*
Earl E. DeBrine, Jr., Esq.
Paul T. Halajian, Esq.
Modrall, Sperling, Roehl, Harris & Sisk
P. O. Box 2168
Albuquerque, NM 87103-2168
*Counsel for BNSF*

 *Electronically approved 02.25.10*
Norman L. Gagne, Esq.
Rodney Schlagel, Esq.
Sean Garrett, Esq.
Butt, Thornton & Baehr, P.C.
P. O. Box 3170
Albuquerque, NM 87190-8870
*Counsel for BNSF*